UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America,
	Plaintiff

	v.

						Case No.  10-cr-34-02-SM

Donna Tyler Monroe,
	Defendant


O R D E R


Defendant Monroe's motion to continue the final pretrial conference and trial is granted (document no. 32). Trial has been rescheduled for the November 2010 trial period. Defendant Monroe shall file a waiver of speedy trial rights not later than September 20, 2010. On filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for November 2, 2010 at 1:30 p.m.

Jury selection will take place on November 9, 2010 at 9:30 a.m.

SO ORDERED.

_Steven J. McAuliffe_
Steven J. McAuliffe
Chief Judge

September 8, 2010

cc: Jessica C. Brown, Esq.
    Kevin E. Sharkey, Esq.
    Donald A. Feith, AUSA
    U.S. Marshal
    U.S. Probation