UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
     Plaintiff

          v.

                              Case No.  10-cr-34-02-SM

Donna Tyler Monroe,
     Defendant

O R D E R

Defendant Monroe's motion to continue the final pretrial conference and trial is granted; no further continuances absent extraordinary circumstances. (document no. 32).  Trial has been rescheduled for the January 2011 trial period. Defendant Monroe shall file a waiver of speedy trial rights not later than November 12, 2010.  On filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for January 7, 2011 at 1:30 p.m.

Jury selection will take place on January 19, 2011 at 9:30 a.m.

SO ORDERED.

                                                  Steven J. McAuliffe
                                                      Chief Judge

November 1, 2010

cc:    Jessica C. Brown, Esq.
       Kevin E. Sharkey, Esq.
       Donald A. Feith, AUSA
       U.S. Marshal
       U.S. Probation